UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH ROBINSON, | ) | No. CV 15-7370 JVS (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| THE STATE OF CALIFORNIA, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: August 9, 2016

/s/ James V. Selna
JAMES V. SELNA
United States District Judge